. JOHN H. HARDT AND OTHERS, APPELLANTS, *v.* HERMAN SCHULTING, RESPONDENT.

*Evidence — Intent — False representations — when questions as to, material.*

APPEAL from a judgment in favor of the defendant, entered upon the trial of this action by the court without a jury.

This action was brought to set aside a release given by the plaintiff to the defendant on the ground that the same was procured by false and fraudulent representations made by the defendant. The case is in all respects similar to that of *Dambman* v. *Schulting* (12 Hun, 1). Upon the trial the following questions were asked by the plaintiff of the witness, Frederick A. Von Bernuth: " Did you sign that release in consequence of representations made in

August ?" "Did he at the time you signed this release say any thing to vary his previous statements as to his property ?" They were objected to by the defendant's counsel and excluded by the court, and the plaintiff excepted to the ruling.

The court at General Term said : "We think the learned justice erred in not allowing the witness to answer the questions. The questions did not call for a bare opinion of the witness or a mere mental operation. They called for a fact material to the issue upon trial. It has been repeatedly held that in a proper case the intention which prompted an act or the belief entertained in regard to the truth of a statement upon which a witness acted, may be proved by asking the direct question without resorting to conversations or circumstances. (*Thorn* v. *Helmer*, 2 Keyes, 27, 30 ; *Berrian* v. *Sanford*, 1 Hun, 626 ; *Caspar* v. *O'Brien*, 15 Abb. [N. S.], 402 ; *Raynor* v. *Page*, 2 Hun, 652 ; *Thurston* v. *Cornell*, 38 N. Y., 281 ; *McKown* v. *Hunter*, 30 id., 625."

*W. Watson*, for the appellants.    *C. B. Smith*, for the respondent.

Opinion by INGALLS, J ; DAVIS, P. J., and BRADY, J., concurred.

Judgment reversed and new trial ordered, costs to abide event.